# First District Court of Appeal
## State of Florida

————————————————

No. 1D2022-4001

————————————————

RICHARD ROBERTS, JR., and
ELISSA ROBERTS, both
individuals,

     Appellants,

     v.

COURIER EXPRESS FREIGHT,
INC., a foreign corporation, and
EDWIN EDWARD CHRISTIAN
MERRICK,

     Appellees.

————————————————

On appeal from the Circuit Court for the Third Judicial Circuit,
Columbia County.
Hon. Mark E. Feagle, Judge.

November 9, 2023

PER CURIAM.

    AFFIRMED.

ROBERTS, ROWE, and LONG, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Christopher M. Speziok and Kyle J. Bagen of Steven A. Bagen & Associates, P.A., Gainesville; Andrew A. Harris and Grace Mackey Streicher of Harris Appeals, P.A., Palm Beach Gardens, for Appellants.

Pedro Raul Alvarez Jr., of Alvarez, Winthrop, Thompson & Smoak, P.A., Orlando; William G.K. Smoak, Chance Charles Arias, and Courtney Burroughs of Alvarez, Winthrop, Thompson & Smoak, P.A., Tampa; Paul U. Chistolini and Amy Wells Brennan of Barnett & Chistolini, PLLC, Tampa, for Appellee Courier Express Freight, Inc.

Angela C. Flowers of Kubicki Draper, Ocala; Melody W. Kitchen and Kendra B. Therrell of Kubicki Draper, Jacksonville, for Appellee Edwin Edward Christian Merrick.